In re WIELAR. (Supreme Court, Appellate Division, Second Department. January 9, 1900.) In the matter of the application of Abraham Wielar, special guardian of William S. Leggat and others, infants, to punish William V. Molloy, sheriff of Westchester county, for contempt of court. No opinion. Order reversed, with $10 costs and disbursements, and proceedings dismissed, on opinion in Re Leggat (Sup.) 62 N. Y. Supp. 208.

WILE et al., Respondents, v. CRISSEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 23, 1900.) Action by Mayor Wile and another against Harlow J. Crissey. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs to abide the event. All concur, except WILLIAMS, J., who dissents.

WOLLENHAUPT, Respondent, v. O'DONNELL et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 23, 1900.) Action by Henry Wollenhaupt against John J. O'Donnell and another, doing business under the firm name of O'Donnell & Hermann. No opinion. Judgment of the municipal court affirmed, by default, with costs.

WOODS, Respondent, v. BELDEN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. February 13, 1900.) Action by Thomas Woods against Alvin Belden and another. No opinion. Judgment and order affirmed, with costs.